## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

**JOHN EDOS STAR #A074-886-558**   **CIVIL ACTION NO. 23-cv-991 SEC P**

**VERSUS**   **JUDGE TERRY A. DOUGHTY**

**DO CAMPBELL ET AL**   **MAGISTRATE JUDGE PEREZ-MONTES**

### J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 10] previously filed herein,  having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that because Plaintiff John Edos Star fails to state a viable claim under § 1983 or *Bivens*, the Complaint for Violation of Civil Rights (Prisoner Complaint) [Doc. No. 1] is **DENIED and DISMISSED WITH PREJUDICE** under §§ 1915(e)(2)(b) and 1915A.

MONROE, LOUISIANA, this the 3rd day of January 2024.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE